IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PEDRO CERRITOS VILLALOBOS,<br><br>Plaintiff,<br><br>vs.<br><br>PARADISE LAWNS, INC., aka PARADISE LAWNS 2, LLC, and THOMAS J. MONACO III, individually,<br><br>Defendants. | Dkt. No.: 3:17-cv-11682-PGS-TJB<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS |

IT IS HEREBY STIPULATED AND AGREED that all Claims filed by Plaintiff Pedro Cerritos Villalobos against Defendants Paradise Lawns, Inc., aka Paradise Lawns 2, LLC, and Thomas J. Monaco III, individually, are hereby Dismissed with Prejudice and without Costs or Fees against any party, subject to the mutually agreed upon conditions entered in the parties' settlement agreement.

For the Plaintiff

s/Andrew I. Glenn
Andrew I. Glenn, Esq.
E-mail:AGlenn@jaffeglenn.com
New Jersey Bar No.: 026491992
Jaffe Glenn Law Group, P.A.
301 N. Harrison Street
Suite 9F, #306
Princeton, New Jersey 08540
Telephone: (201) 687-9977
Facsimile: (201) 595-0308
Attorneys for Plaintiff

IT IS SO ORDERED:

DATED: 12/20/17

_____
Hon. Judge Peter G. Sheridan, U.S.D.J.